454 A.2d 148

Dohner etc., Appellant v. Spishock, etc.
Reargument Denied Jan. 31, 1983.

Argued November 12, 1980. Bruce T. Rosen, for appellant; John W. English, Jr., for appellee.

Before CAVANAUGH, WATKINS and HOFFMAN, JJ.

Order affirmed.

452 A.2d 1094

Ferry v. Lawyers Title Insurance Corp., et al., Appellants.

Argued November 13, 1980. John P. Papuga, for appellant; Neil R. Rosen, for appellee.

Before SPAETH, WICKERSHAM and LIPEZ, JJ.

Order affirmed.